196 So. 137

### Howard GRIFFIN v. STATE.

### 4 Div. 151.

Supreme Court of Alabama.

May 16, 1940.

L. C. Rowell, of Elba, for petitioner.

Thos. S. Lawson, Atty. Gen., opposed.

FOSTER, Justice.

Petition of Howard Griffin for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Griffin v. State, 196 So. 136.

Writ denied.

THOMAS, BROWN, and LIVINGSTON, JJ., concur.